

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00820-CV
No. 04-12-00871-CV

**WATERS AT NORTHERN HILLS, LLC**
and Lynn Communities, Inc.,
Appellants

v.

**BEXAR APPRAISAL DISTRICT**, Bexar County, Texas,
The City of San Antonio, Texas and Northeast Independent School District,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court Nos. 2012-CI-07543 & 2012-CI-18564
Honorable Fred Shannon, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's orders granting appellees' pleas to the jurisdiction are AFFIRMED. We DENY AS MOOT the Unopposed Motion for Leave to File Nonsuit of Counterclaim without prejudice to the filing of a nonsuit with the trial court in the appropriate trial cause number.

It is ORDERED that appellees recover their costs of appeal from appellants.

SIGNED October 2, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

---

[1] Sitting by assignment.